**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                    CASE NO.  3:05-cr-9(S2)-J-25HTS

PATRICK M. SINGLETARY
ROBERT D. SINGLETARY
PETER J. RUSSO
CLIFFORD R. SHAW
_____

**O R D E R**

This cause is before Court on the following matters:

1.      Patrick M. Singletary's Emergency Motion for Discovery Related to Suppression Hearing (Doc. #304; Motion for Discovery), Patrick M. Singletary's Emergency Motion to Compel Production of FBI Witnesses and Government Materials for Evidentiary Hearing on Motion to Suppress (Dkt. #256) (Doc. #308; Motion to Compel), and the United States' Motion to Quash Subpoena Duces Tecum Portion of Subpoenas (Doc. #311; Motion to Quash)[1] (collectively Motions).

The Motions concern seven subpoenas served by defense counsel on March 6, 2006. Motion for Discovery at 1; Motion to Compel at 1-2; Motion to Quash at 1.  The materials sought by the subpoenas were apparently targeted largely due to their perceived relevance to *Franks* issues.  However, contrary to Defendant's assertion, *see* Motion to Compel at 2,

_____

[1]  The Motion to Quash is an amended document that renders **MOOT** Doc. #309.

there is no *Franks* hearing scheduled.  *Cf. United States v. Williams*, No. 04-11431, 146 Fed. Appx. 425, 430-31 (11th Cir. Sept. 1, 2005) (detailing required showing that must be made before a *Franks* hearing will be set).  For this reason, and in light of the strictures associated with Rule 17(c), Federal Rules of Criminal Procedure, production of the documents and other tangible items will not be compelled.

As to the oral testimony contemplated, the government has invoked the requirements of 28 C.F.R. 16.23(c).  Motion to Quash at 1 n.1.  "The Department of Justice regulations for subpoenaing witnesses have been held to be valid and mandatory."  *United States v. Wallace*, 32 F.3d 921, 929 (5th Cir. 1994) (holding failure to make timely demand in compliance with regulations justified quashing of subpoenas and preempted consideration of constitutional claims).  Accordingly, the Motion for Discovery (Doc. #304) and Motion to Compel (Doc. #308) are **DENIED** and the Motion to Quash (Doc. #311) is **GRANTED**.

2.      Robert D. Singletary's Motion to Adopt (1) Patrick M. Singletary's Emergency Request for Brady Material and Rule 26.2 Statements [Dkt. #302], (2) Emergency Motion for Release and Delivery of Search Warrants and Search Warrant Applications and Affidavits [Dkt. #303], (3) Emergency Motion for Discovery Related to Suppression Hearings [Dkt. #304], and (4) Emergency Motion to Compel Production of FBI Witnesses and Government Materials for Evidentiary Hearing on Motion to Suppress [Dkt. #308]  (Doc. #310), which is **GRANTED** to the extent the issues apply to that Defendant.

**DONE AND ORDERED** at Jacksonville, Florida, this 7th day of March, 2006.


/s/          Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:
      counsel of record
      and *pro se* parties, if any