**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                                                               CASE NO.  3:05-cr-9(S2)-J-25HTS

PATRICK M. SINGLETARY

**O R D E R**

This cause is before the Court on Patrick M. Singletary's Second Corrected Emergency Motion for Expedited Issuance of 17(c) Subpoenas (Doc. #397; Motion), filed on May 9, 2006.  The Motion indicates the government has no opposition thereto.  *Id.* at 9.

Because the requisite showing has not been made as to relevance and necessity in regard to paragraph 5 in the proposed Attachment A for Wachovia, and paragraph 3 in that for Ameris Bank, defense counsel is directed to delete those paragraphs prior to tendering them to the Clerk of the Court.  Additionally, since they appear to be unnecessarily overbroad, paragraphs 4-7 of the Ameris Bank attachment shall be altered to comport with the more narrowly drawn items in the Wachovia and Prosperity Bank attachments.

Otherwise, the Motion is **GRANTED** to the extent that

1. Pursuant to Rule 17 of the Federal Rules of Criminal Procedure, the Clerk of the Court is directed to issue the requested subpoenas duces tecum after their attachments have been modified in accordance with this Order.

     2.     The documents shall be produced for inspection on or before May 26, 2006, at the office of the Clerk of the Court unless the parties agree to a different location.  If the Clerk's Office is to serve as the site of production, counsel must make satisfactory arrangements in advance so as not to disrupt its operation.

     **DONE AND ORDERED** at Jacksonville, Florida, this 12th day of May, 2006.

                           /s/       Howard T. Snyder
                           HOWARD T. SNYDER
                           UNITED STATES MAGISTRATE JUDGE

Copies to:
    counsel of record
    and *pro se* parties, if any

Court Operations Supervisor (Drew Heathcoat)