**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.   CASE NO. 3:05-cr-9(S2)-J-25HTS

PATRICK M. SINGLETARY
ROBERT D. SINGLETARY

## O R D E R

This cause is before the Court on the following matters:

1. Robert D. Singletary's Motion to Adopt Patrick M. Singletary's Unopposed Motion for Additional Time to Respond to Prosperity Bank's Motion to Quash Subpoena (Dkt. #412) (Doc. #421), which is **DENIED** without prejudice to the filing of a motion demonstrating Robert D. Singletary's standing in relation to the matter.

2. Patrick M. Singletary's Unopposed Motion for Additional Time to Respond to Prosperity Bank's Motion to Quash Subpoena (Dkt. #412) (Doc. #420), which is **GRANTED**. Thus, the new deadline is August 4, 2006.

3. Patrick M. Singletary's Unopposed Motion for Inspecting and Copying 17(c) Subpoenaed Material in Clerk's Office (Doc. #422; Motion). Defendant "requests that this Court enter an order directing the Clerk to deliver the 17(c) documents to Downtown Business Centers" for copying at that location. Motion at 3. After copying, they would be returned to the Clerk's Office. *See id.*

The documents referenced are apparently those ordered "produced for inspection on or before May 26, 2006, at the office of the Clerk of the Court unless the parties agree[d] to a different location."  Order (Doc. #399; Order) at 2.  It is noted that, while the Motion is captioned as unopposed, no mention is made of the positions of the document-producing entities.  To ensure their interests are fully protected, Defendant should contact them and, if no objection to the proposed procedure is raised, the Court will contemplate permitting the offsite copying.  If this alternative is indeed allowed, counsel will need to keep to a minimum any intrusion on the operation of the Clerk's office and prepare any receipts requested by the Clerk.

Accordingly, the Motion (Doc. #422) is **DENIED** without prejudice to the filing of a second motion, once the positions of the document-producing entities are ascertained.

**DONE AND ORDERED** at Jacksonville, Florida, this 17th day of July, 2006.

/s/       Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:
    counsel of record
    and *pro se* parties, if any

Court Operations Supervisor (Drew Heathcoat)