**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

v.                                                            CASE NO.  3:05-cr-9(S2)-J-25HTS

PATRICK M. SINGLETARY
PETER J. RUSSO

## O R D E R

This cause is before the Court on the following matters:

1.      Patrick M. Singletary's Motion to Strike from the Second Superseding Indictment the Section Entitled "The Scheme" (Doc. #437; First Motion to Strike).  The First Motion to Strike is opposed.  *See* United States' Response in Opposition to Defendant Patrick M. Singletary's Motion to Strike from the Second Superseding Indictment the Section Entitled "The Scheme" (Doc. #449).

Defendant has not shown any prejudice would arise from the alleged surplusage.  He expresses concern "the jury may improperly consider" the allegations.  First Motion to Strike at 3; *see also id.* at 4-5.  However, there is no indication the trial judge actually intends to publish to the jury the portions of the indictment at issue.  Accordingly, the First Motion to Strike (Doc. #437) is **DENIED** without prejudice to a similar motion being made at trial, if necessary.

    2.    Patrick M. Singletary's Motion to Strike from the Second Superseding Indictment Paragraph 17 of "Manner and Means" (Doc. #438; Second Motion to Strike), which is **GRANTED** to the extent the word "commercial" is **STRICKEN** from paragraph 17 of the Manner and Means portion of Count One of the Indictment (Doc. #218).  *Cf.* United States' Response to Patrick M. Singletary's Motion to Strike Paragraph 17 of the Manner and Means Section of the Second Superseding Indictment (Doc. #450) at 1-2 (stating the word "commercial" appears by mistake).  Otherwise, the Second Motion to Strike is **DENIED**.

    3.    Peter J. Russo's Motion to Adopt Patrick M. Singletary's Motion to Strike from the Second Superseding Indictment Paragraph 17 of "Manner and Means" (Doc. #441), which is **GRANTED**.

    4.    Peter J. Russo's Motion to Adopt Patrick M. Singletary's Motion to Strike from the Second Superseding Indictment the Section Entitled "The Scheme" (Doc. #442), which is **GRANTED**.

    **DONE AND ORDERED** at Jacksonville, Florida, this 18th day of September, 2006.

                            /s/       Howard T. Snyder
                            HOWARD T. SNYDER
                            UNITED STATES MAGISTRATE JUDGE

Copies to:
    counsel of record
    and *pro se* parties, if any