**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                                                     CASE NO.  3:05-cr-9(S2)-J-25HTS

PATRICK M. SINGLETARY
ROBERT D. SINGLETARY
PETER J. RUSSO

## O R D E R

This cause is before the Court on the following matters:

1.        Patrick M. Singletary's Emergency Renewed Motion for Inspecting and Copying 17(c) Subpoenaed Material in Clerk's Office (Doc. #458; Renewed Motion), filed on September 26, 2006.

On July 11, 2006, Defendant Singletary filed his initial motion for inspection and copying (Doc. #422; Initial Motion). The Court, on July 17, 2006, denied that motion "without prejudice to the filing of a second motion, once the positions of the document-producing entities are ascertained." Order (Doc. #432; Order) at 2. Rather than presenting said positions, Mr. Singletary now asserts, at the eve of trial and more than two months after entry of the Order, "the document producing entities do not have a legitimate concern." Renewed Motion at 1. The Renewed Motion intimates, as the Initial Motion did not, that the documents produced are not originals, but are themselves "copies of documents responsive

to the subpoenas[.]"  *Id.* at 2.  Given this representation, and in order to accommodate Defendant, the Renewed Motion (Doc. #458) is **GRANTED** to the following extent:

    a.    The Clerk of the Court is authorized to permit pick-up of the documents at issue by agents of Downtown Business Centers.  Upon the transfer of custody, the Clerk shall obtain a receipt for the materials.

    b.    Counsel for Defendant Singletary shall ensure the documents, in their original containers, are returned to the Clerk's Office no later than October 5, 2006, and that a statement from Downtown Business Centers is provided indicating all documents have been returned.

    c.    Counsel shall keep to a minimum any intrusion on the operation of the Clerk's Office and prepare any receipts requested by the Clerk.

This Order shall not serve as a basis for requesting continuance of the trial or any other deadline.

    2.    Peter J. Russo's Motion to Adopt Patrick M. Singletary's Emergency Renewed Motion for Inspecting and Copying 17(c) Subpoenaed Material in Clerk's Office (Doc. #459), filed on September 26, 2006, and Robert D. Singletary's Motion to Adopt Patrick M. Singletary's Emergency Renewed Motion for Inspecting and Copying 17(c) Subpoenaed Material in Clerk's Office (Dkt. #458) (Doc. #461), filed on September 27, 2006, which are **DENIED** without prejudice to motions demonstrating these Defendants' entitlement to adopt the Renewed Motion.

**DONE AND ORDERED** at Jacksonville, Florida, this 27th day of September, 2006.

                                          /s/       Howard T. Snyder
                                        HOWARD T. SNYDER
                                        UNITED STATES MAGISTRATE JUDGE

Copies to:
    counsel of record
    and *pro se* parties, if any

Court Operations Supervisor (Drew Heathcoat)